**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 13 |
| | § | |
| Renia Griffin, | § | Case No. 19-11363 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Carrington Mortgage Services, LLC (the "Movant"), as servicer for Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A (the "Creditor"), by its attorneys, Weinstein & Riley, P.S., hereby objects to the Chapter 13 Plan proposed by the Debtor Renia Griffin (the "Debtor").

1. Debtor filed a petition for relief under Chapter 13 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") on April 19, 2019. *See* Docket No. 1.

2. On April 7, 2000, Debtor borrowed the sum of $85,000.00 from Bank One, NA (the "Original Lender"), pursuant to a Promissory Note (the "Note"). A true and correct copy of the Note is attached as **Exhibit A**.

3. On April 7, 2000, Debtor executed a Mortgage (the "Mortgage") granting Mortgage Electronic Registration Systems, Inc., as nominee for the Original Lender, a security interest in real property located at 16407 S Hermitage, Markham, IL 60426 (the "Property"). The Mortgage was recorded on April 21, 2000, in Cook County. A copy of the Mortgage is attached as **Exhibit B**.

4. On January 14, 2005, the Mortgage was assigned to Franklin Credit Management Corporation pursuant to an Assignment of Mortgage. On January 8, 2009, the Mortgage was assigned to the Huntington National Bank, as Certificate Trustee, of Franklin Mortgage Asset Trust 2009-A pursuant to an Assignment of Mortgage. On October 22, 2012, the Mortgage was assigned to Wells Fargo Bank, N.A., as Certificate Trustee, in Trust for Registered Holders of VNT Trust Series 2010-2 pursuant to an Assignment of Mortgage. On December 14, 2013, the Mortgage was assigned to Bayview Loan Servicing, LLC pursuant to an Assignment of Mortgage. On February 29, 2016, the Mortgage was assigned to J.P. Morgan Acquisition Corp., pursuant to a Corporate Assignment of Mortgage. Thereafter, the Mortgage was assigned to the Creditor, pursuant to an Assignment of Mortgage. Copies of the assignments are attached as **Exhibit C**.

5. On May 31, 2019, Creditor filed its secured proof of claim, with respect to the Property, in the amount of $172,998.78. See Claims Register, Claim 5-1. The claim includes pre-petition arrears in the amount of $97,463.90. *Id*.

6. On April 19, 2019, Debtor filed the Chapter 13 Plan (the "Plan"). *See* Docket No. 2. The Plan proposes to make direct ongoing monthly payments in the amount of $1,301.00 and cure pre-petition arrears in the amount of $0.00. *Id*.

7. Movant objects to confirmation of the Plan on the grounds that the Plan would not meet the feasibility requirement of 11 USC §1325(a)(6). The Plan proposes to make monthly payments of $1,175.00 over sixty (60) months. The proposed monthly payments to the Trustee are insufficient to comply with the repayment of the pre-petition arrears owed on the Property, Attorney's fees and other secured claims provided for in the Plan.

**WHEREFORE**, Carrington Mortgage Services, LLC, respectfully requests that this Honorable Court deny confirmation of the Debtor's Chapter 13 Plan and for such other relief as the Court may deem just and proper.

Dated:   June 20, 2019

>Weinstein & Riley, P.S.
>By:/s/ *Evan Lincoln Moscov*
>Evan Lincoln Moscov
>ARDC No. 6278081
>Weinstein & Riley, P.S.
>325 Washington St., Ste. 303
>Waukegan, IL 60085
>Phone: 312-969-1977
>Email: EvanM@W-Legal.com
>Attorney for Movant

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the Objection to Confirmation of Debtor's Chapter 13 Plan was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on June 20, 2019:

Trustee via E-Filing
Tom Vaughn
ecf@tvch13.net

Debtor's Counsel via E-Filing
David M Siegel
davidsiegelbk@gmail.com

Debtor via First Class Mail
Renia Griffin
7401 W 100th Place,
Unit #1791
Bridgeview, IL 60455

U.S. Trustee via E-Filing
Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Request for Service via First Class Mail
Wells Fargo Bank N.A., as Trustee, for
Carrington Mortgage Loan Trust, Series 2006-
NC3 Asset-Backed Pass-Through Certificates
Laura A. Hrisko
Codilis and Associates, P.C.
15W030 N. Frontage Road, Suite 100
Burr Ridge, IL 60527

Request for Service via First Class Mail
Deutsche Bank National Trust Company
Todd J Ruchman
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216

/s/ Maggie Koo
Maggie Koo
Legal Assistant for Evan Lincoln Moscov,
Attorney for Movant