IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of: | NO. 19 B 11363 |
| Renia Griffin | Judge Donald R. Cassling |
| Debtors | Chapter 13 |

## NOTICE OF MOTION

TO:

| | |
|---|---|
| Renia Griffin | David M. Siegel |
| 7401 W. 100th Place | Via electronic notification |
| Unit 1791 | |
| Bridgeview, IL 60455 | Tom Vaughn |
| Via regular mail | Via electronic notification |

PLEASE TAKE NOTICE that on July 18, 2019 at 9:30 a.m., or as soon thereafter as Counsel may be heard, we shall appear before the Honorable Donald R. Cassling, Bankruptcy Judge, at the 219 South Dearborn Street, Courtroom #619 Chicago, Illinois, and then and there present the attached Motion, a copy of which is hereby served upon you.

## PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice with Motion attached, upon debtor, as listed above, by mailing same in a properly addressed envelope, postage prepaid, from 112 Cary Street, Cary, Illinois 60013 and via electronic notification on the remaining parties, as listed above, that occurs automatically after the filing the Motion. That the motion was filed, and the placement of any mailed copies being placed in the mail occurred before the hour of 5:00 P.M. on July 10, 2019.

| | |
|---|---|
| Christopher H. Purcell | BY: ___/s/ Christopher H. Purcell__ |
| Sherman & Purcell LLP | SHERMAN & PURCELL LLP |
| 112 Cary Street | |
| Cary, Illinois 60013 | |
| Shermlaw13@aol.com | |
| 312-372-1487 | |
| Attorney for XCL Titling Trust LLC | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of: | NO. 19 B 11363 |
| Renia Griffin | Judge Donald R. Cassling |
| Debtors | Chapter 13 |

## MOTION TO MODIFY AUTOMATIC STAY

   Now comes XCL Titling Trust LLC (hereinafter the "Movant")., a creditor herein, by SHERMAN & PURCELL LLP, its attorneys, and moves this Honorable Court for entry of an Order modifying the restraining provisions of §362 of the Bankruptcy Code, and in support thereof respectfully represents as follows:

   1. The Movant is a creditor with respect to an unexpired lease upon which the Debtor is the lessee. The Statement to Accompany Motions for Relief from Stay is attached hereto and incorporated herein including, but not limited to the description of the leased collateral.

   2. The Debtor has not offered, and Movant. is not receiving, adequate protection for its secured interest or depreciating value. Nor is said motor vehicle is not necessary to an effective reorganization by the Debtor. The Movant will suffer irreparable injury, harm and damage should it be delayed in taking possession of the motor vehicle aforesaid and foreclosing its security interest therein and therefore requests that Bankruptcy Rule 4001(a)(3) not apply.

   3. The lease payments are in default and the lease has terminated under its own terms. The plan provides for SURRENDER.

   WHEREFORE, the Movant prays that this Honorable Court enter an Order modifying the restraining provisions of §362 of the Bankruptcy Code to permit the said Movant to take possession of and sell a certain 2016 Toyota Camry, VIN 4T1BF1FK8GU605694 and for such other and further relief as this Court may deem just.

| | |
|---|---|
| Christopher H. Purcell<br>Sherman & Purcell LLP<br>112 Cary Street<br>Cary, Illinois 60013<br>Phone: (312) 372-1487<br>Shermlaw13@aol.com | XCL TITLING TRUST LLC<br><br>BY: ____/s/ Christopher H. Purcell_____<br>One of its Attorneys |