# REQUIRED STATEMENT
# TO ACCOMPANY ALL MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) **Renia Griffin**   Case No. **19-11363**   Chapter **13**
All Cases: Name of Moving Creditor **XCL Titling Trust, LLC**   Date Case Filed **4-19-2019**

Nature of Relief Sought: ☒ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing **7-18-2019**   or Date Plan Confirmed _____

Chapter 7:   ☐ No-Asset Report Filed on _____
             ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home _____
   b. ☒ Car   Year, Make and Model **a leased 2016 Toyota Camry**
   c. ☐ Other _____

2. Balance Owed as of Petition Date $ **759.20 past due before lease expired.**
   Total of all other Liens against Collateral $ _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.: __

4. Estimated Value of Collateral (must be supplied in all cases) $ **N/A (leased vehicle)**

5. Default
   a. ☐ Pre-Petition Default
      Number of months ____        Amount $ **added below**
   b. Post-Petition Default
      ☐ On direct payments to the moving creditor
         Number of months **entire amount due and owing.**  Amount $ **759.20 plus costs for the continued use of the vehicle after the lease expired.**
      ☐ On payments to the Standing Chapter 13 Trustee
         Number of months ____       Amount $ ____

6. Other Allegations
   a. ☒ Lack of Adequate Protection § 362 (d)(1)
      i.   ☐ No insurance _____
      ii.  ☐ Taxes unpaid _____     Amount $ ____
      iii. ☒ Rapidly depreciating asset _____
      iv.  ☐ Other (describe) _____
   b. ☒ No Equity and not Necessary for an Effective Reorganization § 362 (d)(2)
   c. Other "Cause" § 362 (d)(1)
      i.   ☐ Bad Faith _____
      ii.  ☐ Multiple filings
      iii. ☒ Other (describe) **The proposed plan provides for SURRENDER.**
   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm  ii. ☐ Redeem  iii. ☐ Surrender  iv. ☐ No Statement of Intention Filed

Date: **July 10, 2019**                  /s/ Christopher H. Purcell
(Rev. 6/1/09)                            Counsel for Movant