Form G-4

Case 19-11363   Doc 45-2   Filed 09/26/19   Entered 09/26/19 16:22:48   Desc
Statement Accompanying Relief From Stay   Page 1 of 2

**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases:   Debtor(s)   Renia Griffin dba Gainer Group, LLC     Case No. 19-11363   Chapter 13

All Cases:   Moving Creditor   WELLS FARGO BANK N.A., AS TRUSTEE, FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC3 ASSET-BACKED PASS-THROUGH CERTIFICATES   Date Case Filed  4/19/19

Nature of Relief Sought:   ■ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13:   Date of Confirmation Hearing _____   or Date Plan Confirmed  08/08/2019

Chapter 7:   ☐ No-Asset Report Filed on _____
             ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1.  Collateral
    a.  ■ Home
    b.  ☐ Car    Year, Make, and Model _____
    c.  ☐ Other (describe) _____

2.  Balance Owed as of 09/16/2019   $99,515.19
    Total of all other Liens against Collateral   $0.00

3.  In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4.  Estimated Value of Collateral (must be supplied in *all* cases)   $41,000.00, per Debtor's Schedules

5.  Default
    a.  ■ Pre-Petition Default as of petition date
        Number of months   11      Amount   $12,703.55

    b.  ■ Post-Petition Default
        i.   ■ On direct payments to the moving creditor
             Number of months   3      Amount   $3,198.19

        ii.  ☐ On payments to the Standing Chapter 13 Trustee
             Number of months _____   Amount _____

6.  Other Allegations
    a.  ☐ Lack of Adequate Protection § 362(d)(1)
        i.    ☐ No insurance
        ii.   ☐ Taxes unpaid    Amount  $ _____
        iii.  ☐ Rapidly depreciating asset
        iv.   ☐ Other (describe) _____

    b.  ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

    c.  ☐ Other "Cause" § 362(d)(1)
        i.    ☐ Bad Faith (describe) _____
        ii.   ☐ Multiple Filings
        iii.  ☐ Other (describe) _____

    d.  Debtor's Statement of Intention regarding the Collateral
        i. ☐ Reaffirm    ii. ☐ Redeem    iii. ☐ Surrender    iv. ■ No Statement of Intention Filed

Date:   September 26, 2019                                      /s/ Joel P. Fonferko
                                                                Counsel for Movant

(Rev. 12/21/09)